IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAITLIN A. AKERS, as Administratrix of the Estate of Adam Schloer, Deceased**, *Plaintiff,* v. **KUBOTA MANUFACTURING OF AMERICA CORPORATION et al.**, *Defendants.* | **Case No. 2:24-cv-02707-JDW** |

### ORDER

**AND NOW**, this 13th day of February, 2025, upon consideration of Plaintiff Caitlin Akers's Motion To Remand (ECF No. 9), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and this case is **REMANDED** to the Court Of Common Pleas Of Philadelphia County.

It is **FURTHER ORDERED** that Defendant Frost, Inc.'s Motion To Strike Exhibit "D" (ECF 31-4) To Plaintiff's Supplemental Brief (ECF No. 34) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.